*Petitioner is directed to specify what issue or issues are unexhausted and how, if at all, he would establish "good cause" for relief from a procedural submission to be made within 30 days. This application is deemed a motion & is stayed pending further submission.*

*SO ORDERED*
*Lisa Margaret [Smith]*
*USMJ*
*2/14/08*

**MEMO ENDORSED**

Gary Hall 98A0654
Upstate Corr. Fac.
P.O. Box 2000
Malone, NY 12953

RECEIVED FEB 13 2008 HON. LISA MARGARET SMITH U.S.M.J.

Hon. Lisa M. Smith
United States Magistrate Judge
Chief U.S. Magistrate Judge
United States Courthouse
300 Quarropas Street, Room 428
White Plains, New York 10601

February 9th, 2008
Re: Hall v. Woods Supt.
07 civ 9264 (SCR)(LMS)

Your Honor,

After numerous exchanges with the Law Library clerks and paralegals here at Upstate Corr Fac.. It has been brought to my attention that there are a few unexhausted "possible" issues remaining on my appeals at a "STATE level".

Therefor I ask humbly that you allow me and opportunity to pursue these Klaims and without prejudice to explore possible STATE Remedies. And once completed, to return to this claim as soon as possible

Thank you for your time in this urgent matter. And I humbly await your reply on this Request.

Very Truly Yours
Gary Hall

Copies Mailed to Counsel of [Record]

cc: Att Gen'l, Alyson J. Gill
120 Broadway, NY, NY 10271-0332